UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOANNE E. SALVA                                  :    Case No. 07CV5673 (KMK)
                                                 :
          Plaintiff,                             :
                                                 :
     v.                                          :    **DEFENDANT DOLLAR**
                                                 :    **TREE STORES, INC.'S**
DOLLAR TREE STORES, INC.                         :    **RULE 7.1 DISCLOSURE**
     and                                         :
SCOTT REESE,                                     :
                                                 :
          Defendants.                            :
------------------------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dollar Tree Stores, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: September 12, 2007
      New York, New York

                                                 **McGUIREWOODS LLP**

           By: _____
                    Philip A. Goldstein (PAG 0908)
                    1345 Avenue of the Americas, 7th Floor
                    New York, New York 10105-0106
                    (212) 548-2167
                    Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE E. SALVA,

                                                                                 Case No. 07CV5673 (KMK)

                Plaintiff,

        v.

DOLLAR TREE STORES, INC., and
SCOTT REESE,

                Defendants.

## DEFENDANT DOLLAR TREE STORES, INC.'S RULE 7.1 DISCLOSURE

McGuireWoods LLP

Philip A. Goldstein
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
(212) 548-2100
Attorneys for Defendants