UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOANNE E. SALVA                                                    :   Case No. 07CV5673 (KMK)
                                                                   :
                     Plaintiff,                                    :
                                                                   :   **DEFENDANT SCOTT**
         v.                                                        :   **REESE'S NOTICE OF**
                                                                   :   **MOTION TO DISMISS**
DOLLAR TREE STORES, INC.                                           :
         and                                                       :
SCOTT REESE,                                                       :
                                                                   :
                     Defendants.                                   :
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that upon the Memorandum in Support of Motion to Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and on all prior pleadings and proceedings heretofore had herein, Defendant Scott Reese will move the Court, at the United States District Courthouse for the Southern District of New York, at the Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150, on a date and time to be designated by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) granting the motion of Defendant Scott Reese dismissing the Plaintiff's Complaint for failure to state a claim, and granting such other and further relief as the Court may deem just and proper.

Dated: September 12, 2007
       New York, New York

                                                  McGUIREWOODS LLP

                                          By:    _____
                                                  Philip A. Goldstein (PAG-0908)
                                                  McGuireWoods LLP
                                                  1345 Avenue of the Americas, 7th Floor
                                                  New York, New York 10156-0106
                                                  Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE E. SALVA,

                                                            Case No. 07CV5673 (KMK)

          Plaintiff,

    v.

DOLLAR TREE STORES, INC., and
SCOTT REESE,

          Defendants.

## DEFENDANT SCOTT REESE'S NOTICE OF MOTION TO DISMISS

McGuireWoods LLP

Philip A. Goldstein
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
(212) 548-2100
Attorneys for Defendants