CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the following documents:

1. Defendant Dollar Tree Stores, Inc.'s Rule 7.1 Disclosure;

2. Defendant Dollar Tree Stores, Inc.'s Answer and Affirmative Defenses;

3. Defendant Scott Reese's Memorandum in Support of Motion to Dismiss;

4. Defendant Scott Reese's Notice of Motion to Dismiss

5. Affidavit of Philip A. Goldstein in Support of Defendant Scott Reese's Motion to Dismiss

to be served upon plaintiff, Joanne E. Salva, via United States Postal Service, certified mail, return receipt requested, postage prepaid on:

Joanne E. Salva, *Pro Se*
296 Harry L Drive
Johnson City, New York 13790

Joanne E. Salva, *Pro Se*
56 North Hudson Street
Broome, New York 13790

Joanne E. Salva, *Pro Se*
91 Burnt Ridge Road
Liberty, NY 12754

Dated: September 12, 2007
New York, New York

_____
Philip A. Goldstein