## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the following documents:

**DEFENDANT SCOTT REESE'S REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SCOTT REESE'S MOTION TO DISMISS**

to be served upon plaintiff, Joanne E. Salva, via United States Postal Service, first class certified mail, postage prepaid on:

Joanne E. Salva, *Pro Se*
296 Harry L Drive
Johnson City, New York 13790

Joanne E. Salva, *Pro Se*
56 North Hudson Street
Broome, New York 13790

Ms. Joanne E. Salva, *Pro Se*
91 Burnt Ridge Road
Liberty, New York, 12754

Dated: October 3, 2007
New York, New York

_____
Philip A. Goldstein

3

\4806529.1