UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOANNE E. SALVA,                                   : Case No. 07CV5673 (KMK)
                                                   :
                    Plaintiff,                     :
                                                   : **MOTION TO ADMIT**
         v.                                        : **COUNSEL *PRO HAC VICE***
                                                   :
DOLLAR TREE STORES, INC.,                          :
         and                                       :
SCOTT REESE,                                       :
                                                   :
                    Defendants.                    :
------------------------------------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Philip A. Goldstein, a member in good standing of the bar of this Court hereby move for an Order allowing the admission *pro hac vice* of :

      Applicant's Name:    Keith P. Zanni

      Firm Name:    McGuireWoods LLP

      Address:    101 W. Main Street, Suite 9000

      City/State/Zip:    Norfolk, VA 23517

      Fax Number:    757-640-3970

Keith P. Zanni is a member in good standing of the Bar of the Commonwealth of Virginia and the State of Connecticut.

There are no pending disciplinary proceeding against Keith P. Zanni in any State or Federal Court.

Dated: October 26, 2007
       New York, New York

Respectfully submitted,

By: _____
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10156-0106
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed this ___ day of October, 2007 to:

Joanne E. Salva, *Pro Se*
296 Harry L Drive
Johnson City, New York 13790

Joanne E. Salva, *Pro Se*
56 North Hudson Street
Broome, New York 13790

_____
Philip A. Goldstein

\4840363.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOANNE E. SALVA,                                  :   Case No. 07CV5673 (KMK)
                                                  :
        Plaintiff,                                :
                                                  :   **AFFIDAVIT OF PHILIP A.**
    v.                                            :   **GOLDSTEIN IN SUPPORT**
                                                  :   **OF MOTION TO ADMIT**
DOLLAR TREE STORES, INC.,                         :   **COUNSEL *PRO HAC VICE***
       and                                       :
SCOTT REESE,                                      :
                                                  :
        Defendants.                               :
------------------------------------------------------------------ X

Phillip A. Goldstein, being duly sworn, hereby deposes and says as follows:

    1.    I am an associate at McGuireWoods LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Keith P. Zanni as counsel *pro hac vice* to represent Defendants in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 26, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Keith P. Zanni since 2007.

    4.    Mr. Zanni is an associate at McGuireWoods LLP in Norfolk, Virginia.

    5.    I have found Mr. Zanni to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar wit the Federal Rules of Procedure.

    6.    Accordingly, I am pleased to move this Court for the admission of Keith P. Zanni, *pro hac vice*.

    7.    I respectfully submit a proposed order granting the admission of Keith P. Zanni, *pro hac vice*, which is attached hereto as Exhibit A.

    WHEREFORE, it is respectfully requested that the motion to admit Keith P. Zanni, *pro hac vice*, to represent the Defendants in the above captioned matter, be granted.

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

KEITH PATRICK ZANNI

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, KEITH PATRICK ZANNI is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 11th day of October
A.D. 2007

By: _____
Deputy Clerk



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

Do hereby certify *that, in the Superior Court at* **Hartford** *on the* **fourth** *, day of* **June** **2001**

**Keith Patrick Zanni**

of

**Chesapeake, Virginia**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.*

In Testimony Whereof, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* **ninth** *day of* **October** *, 20* **07** *.*

*Michéle T. Angers*

**Michéle T. Angers**

*Chief Clerk*

